UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACEY, CINDY LACEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SEATING AND MOBILITY, LLC. d/b/a Numotion,<br><br>    Defendant. | Case No.  1:20-cv-01772-JLT-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINES<br><br>SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No.  25) |

Pending before the Court is the parties' stipulated request to extend certain case management deadlines so that the parties may participate in a bracketed mediation scheduled to take place on December 20, 2022.  (Doc. No. 25 at 2).   Finding good cause, the Court GRANTS the parties' request to modify certain deadlines and enters this Second Amended Case Management and Scheduling Order.

/////

/////

/////

/////

/////

/////

////

**Amended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37. | 3/13/2023 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 1/10/2023 |
| Deadline for defendant to disclose expert report(s). | 1/10/2023 |
| Deadline for disclosing any expert rebuttal report(s). | 2/8/2023 |
| Expert discovery deadline. | 3/13/2023 |
| Deadline to advise the Court of settlement, ADR or mediation efforts to date. *See* Local Rules 270, 271.  *The parties may contact Chambers prior to this date to arrange a settlement conference*. | 4/24/2023 |
| Deadline for filing dispositive motions.  *See* Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 56. | 4/27/2023 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 8/22/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283.   *Before the Honorable Jennifer L. Thurston*. | 9/22/2023 1:30 p.m. |
| Month and year of the trial term.  *Before the Honorable Jennifer L. Thurston*. | 11/20/2023 8:30 a.m. |

The parties remain bound to follow all procedures and deadlines not amended herein that were previously set forth in the Court's July 26, 2021 Case Management and Scheduling Order (Doc. No. 8) and as previously amended on April 1, 2022 (Doc. No. 19).

Dated:  November 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE