René Turner Sample, SBN:138046
**FREEDMAN LAW**
3705 W. Beechwood Avenue
Fresno, California 93711
Telephone No.: (559) 447-9000
Facsimile No.: (559) 447-9100
Email: eService@freedmanlaw.com

Attorneys for Plaintiffs,
ROBERT LACEY and CINDY LACEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ROBERT LACEY and CINDY LACEY,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED SEATING AND MOBILITY,  )<br>LLC dba NUMOTION; and DOES 1  )<br>through 30, Inclusive,  )<br>  )<br>Defendants.  )<br>  )<br>_____  ) | Case No.: 1:20-CV-01772-JLT-HBK<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER THEREON** |

Plaintiffs, ROBERT LACEY and CINDY LACEY, through their counsel, René Turner Sample, request dismissal with prejudice of this entire action as against all parties. Plaintiffs further request that this Court retain jurisdiction over the confidential settlement agreement, on which this dismissal is based, for purposes of enforcement.

DATED: March 15, 2023.                                  FREEDMAN LAW


                                                                      By:_____
                                                                              René Turner Sample
                                                                              Attorney for Plaintiffs

---

IT IS SO ORDERED.

Dated: __March 21, 2023__

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE